# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO BENAVIDES, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. B-18-cv-00202 |
| | § | |
| LORIE DAVIS, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 8). Ernesto Benavides Jr. (hereafter "Petitioner") timely filed objections. *See* Docket No. 17. After a *de novo* review of the record, the Court **ADOPTS** the R&R in its entirety and **DISMISSES** the "Petition for Writ of Habeas Corpus by a Person in State Custody" (hereafter "Petition") (Docket No. 1), without prejudice and **DECLINES** to issue a certificate of appealability. Petitioner must first request authorization from the Fifth Circuit to file said Petition; upon receipt of said authorization, Petitioner may refile the Petition. Therefore, Petitioner's "Memorandum in Support of [Petition]" (Docket No. 2) and "Motion Requesting Leave to Proceed in Forma Pauperis" (Docket No. 3) are rendered **MOOT**. The Clerk is hereby **ORDERED** to close this case.

Signed on this 19th day of March, 2019.

Rolando Olvera
United States District Judge